## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BOEHRINGER LABORATORIES, INC., <br> A Pennsylvania Corporation <br> 300 Thoms Drive <br> Phoenixville, Pennsylvania 19460 <br><br> Plaintiff, <br><br> v. <br><br> OHIO MEDICAL, LLC, <br> A Delaware Limited Liability Company <br> 1111 Lakeside Drive <br> Gurnee, Illinois 60031 <br><br> and <br><br> HERSILL, S.L., <br> A Spanish Sociedad Limitada <br> C/ Puerto De Navacerrada, 3 <br> 28935 Móstoles, Madrid, Spain <br><br> Defendants. | CIVIL ACTION NO.: 2:25-cv-2484 <br><br> Jury Trial Demanded |

### NOTICE OF APPEARANCE

TO THE CLERK OF COURTS:

    Please enter my appearance on behalf of Plaintiff Boehringer Laboratories, Inc.

Date:  May 19, 2025                      Respectfully,

                                                  */s/ Adam R. Martin*
                                                  Adam R. Martin, Esq.
                                                  TROUTMAN PEPPER LOCKE LLP
                                                  100 Market Street, Suite 200
                                                  Harrisburg, PA 17101
                                                  Tel:  (717) 255-1155
                                                  Fax: (717) 238-0575
                                                  adam.martin@troutman.com

                                                  ***Attorney for Plaintiff Boehringer Laboratories, Inc.***

## **CERTIFICATE OF SERVICE**

I, Adam R. Martin hereby certify that on May 19, 2025, I caused a copy of the foregoing document to be served by electronic mail, and first-class mail, postage prepaid to:

| | |
|---|---|
| OHIO MEDICAL, LLC, | HERSILL, S.L., |
| A Delaware Limited Liability Company | A Spanish Sociedad Limitada |
| 1111 Lakeside Drive | C/ Puerto De Navacerrada, 3 |
| Gurnee, Illinois 60031 | 28935 Móstoles, Madrid, Spain |

Dated: May 19, 2025                              **TROUTMAN PEPPER LOCKE LLP**

                                                                 */s/ Adam R. Martin*
                                                                 Adam R. Martin