**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**Civil Action No#   2:25-cv-2484**

*APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)*

I.   APPLICANT'S STATEMENT

I,   Brooke R. Watson, the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting the $75.00 admission fee.

A.   *I state that I am currently admitted to practice in the following state jurisdictions*:

| COURT NAME | ADMISSION DATE | ATTORNEY ID # |
|---|---|---|
| North Carolina Bar | 04/17/2020 | 55802 |
| South Carolina Bar | 02/04/2020 | 104387 |
| Alabama Bar | 09/19/2019 | 1268P91V |

B.   *I state that I am currently admitted to practice in the following federal jurisdictions*:

| COURT NAME | ADMISSION DATE | ATTORNEY ID # |
|---|---|---|
| Northern District of Alabama | 09/19/2019 | |
| Eastern District of North Carolina | 09/16/2020 | |
| Western District of North Carolina | 07/21/2021 | |
| US Court of Appeals, 4th Circuit | 11/01/2021 | |

C.   *I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.*

I am entering my appearance for: Boehringer Laboratories, Inc.

/s/ *Brooke Watson*
(Applicant's Signature)

May 19, 2025
(Date)

| | |
|---|---|
| Name of Applicant's Firm | Troutman Pepper Locke LLP |
| Address | 301 S. College Street, 34th Floor, Charlotte, NC 28202 |
| Telephone Number | 704-998-4050 |
| Email Address | Brooke.Watson@troutman.com |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 19, 2025                     */s/ Brooke Watson*
            (Date)                              (Applicant's Signature)

II.     SPONSOR'S STATEMENT, MOTION AND CERTIFICATE OF SERVICE

    The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of     Brooke R. Watson     to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above-referenced state and federal courts and that the applicant's private and personal character is good. I certify that this application form was on this date mailed, with postage prepaid, to all interested counsel.

| Adam R. Martin | */s/ Adam R. Martin* | 10/19/2015 | 321257 |
|---|---|---|---|
| (Sponsor's Name) | (Sponsor's Signature) | (Admission date) | (Attorney Identification No.) |

SPONSOR'S OFFICE ADDRESS AND TELEPHONE NUMBER:

Troutman Pepper Locke LLP

100 Market Street, Suite 200, Harrisburg, PA 17101

Telephone Number: 717-255-1132   Email Address: adam.martin@troutman.com

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 19, 2025                     */s/ Adam R. Martin*
            (Date)                              (Sponsor's Signature)

### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BOEHRINGER LABORATORIES, INC., : <br> A Pennsylvania Corporation : <br> 300 Thoms Drive : <br> Phoenixville, Pennsylvania 19460 : <br> : <br> Plaintiff, : <br> : <br> v. : <br> : <br> OHIO MEDICAL, LLC, : <br> A Delaware Limited Liability Company : <br> 1111 Lakeside Drive : <br> Gurnee, Illinois 60031 : <br> : <br> and : <br> : <br> HERSILL, S.L., : <br> A Spanish Sociedad Limitada : <br> C/ Puerto De Navacerrada, 3 : <br> 28935 Móstoles, Madrid, Spain : <br> : <br> Defendants. : <br> _____ : | CIVIL ACTION NO.: 2:25-cv-2484 <br><br> Jury Trial Demanded |

### CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the application of <u>Brooke R. Watson, Esquire</u>, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant proposed Order which, if granted, would permit such practice in this court was served by first-class mail, postage prepaid to:

OHIO MEDICAL, LLC,  
A Delaware Limited Liability Company  
1111 Lakeside Drive  
Gurnee, Illinois 60031

HERSILL, S.L.,  
A Spanish Sociedad Limitada  
C/ Puerto De Navacerrada, 3  
28935 Móstoles, Madrid, Spain

<u>Brooke R. Watson</u>  
(Name of Attorney)  
<u>Adam R. Martin</u>  
(Name of Moving Party)  
<u>Date: May 19, 2025</u>