# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BOEHRINGER LABORATORIES, INC., : <br> A Pennsylvania Corporation : <br> 300 Thoms Drive : <br> Phoenixville, Pennsylvania 19460 : <br>  : <br> Plaintiff, : <br>  : <br> v. : <br>  : <br> OHIO MEDICAL, LLC, : <br> A Delaware Limited Liability Company : <br> 1111 Lakeside Drive : <br> Gurnee, Illinois 60031 : <br>  : <br> and : <br>  : <br> HERSILL, S.L., : <br> A Spanish Sociedad Limitada : <br> C/ Puerto De Navacerrada, 3 : <br> 28935 Móstoles, Madrid, Spain : <br>  : <br> Defendants. : <br> : | CIVIL ACTION NO.: 2:25-cv-2484 <br><br> Jury Trial Demanded |

## ORDER

AND NOW, this _____ day of _____, 2025, it is hereby

ORDERED that the application of __Brooke R. Watson__, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☐     GRANTED.[1]

☐     DENIED.

---

[1] Instructions to request electronic filing access can be found on this court's website at https://www.paed.uscourts.gov/nextgen-cmecf.